IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANTHONY JEMEIR JENKINS                                              PLAINTIFF

VS.                              CRIMINAL CASE NO. 2:16-cr-20-KS-MTP-1

UNITED STATES OF AMERCA                                             DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion for Reconsideration [51] filed by Anthony Jemeir Jenkins. While the Court is very pleased with the positive changes that Movant has made in his life, the Court is without basis or authority to modify the sentence. Therefore, the Motion for Reconsideration is DENIED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Reconsideration [51] filed by Anthony Jemeir Jenkins be and the same is, hereby DENIED.

SO ORDERED THIS THE ___6th___ day of June, 2018.

                                        ___s/Keith Starrett_____
                                        UNITED STATES DISTRICT JUDGE